**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RED STAR HOLDINGS, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-13935 <br><br> HON. JUDGE SUNIL R. HARJANI |

# **EXHIBIT 1**

RED STAR HOLDINGS, LLC

EXHIBIT 1  U.S. REG. 7,694,635

# United States of America
### United States Patent and Trademark Office

# JESSIE MURPH

**Reg. No. 7,694,635**
**Registered Feb. 18, 2025**
**Int. Cl.: 9, 16, 21, 25, 34, 41**
**Service Mark**
**Trademark**
**Principal Register**

Jessie Murph, LLC (California LIMITED LIABILITY COMPANY)
433 N. Camden Drive, Suite 730
Beverly Hills, CALIFORNIA 90210

CLASS 9: Pre-recorded sound recordings and audiovisual recordings featuring music; downloadable musical sound recordings and downloadable audiovisual recordings featuring music and music-based entertainment

FIRST USE 1-15-2021; IN COMMERCE 1-15-2021

CLASS 16: Stickers; printed posters

FIRST USE 7-21-2022; IN COMMERCE 7-21-2022

CLASS 21: Mugs

FIRST USE 11-17-2023; IN COMMERCE 11-17-2023

CLASS 25: Clothing, namely, shirts, t-shirts, long sleeve shirts, and hooded sweatshirts; bandanas; headwear

FIRST USE 4-24-2021; IN COMMERCE 4-24-2021

CLASS 34: Cigarette lighters

FIRST USE 7-21-2022; IN COMMERCE 7-21-2022

CLASS 41: Entertainment services, namely, performances by a live musical artist and providing non-downloadable prerecorded music and audiovisual recordings online and information regarding a musical artist online via a global computer network

FIRST USE 1-15-2021; IN COMMERCE 1-15-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies Jessie Anne Murph, whose consent(s) to register is made of record.

SER. NO. 98-542,116, FILED 05-09-2024

Acting Director of the United States Patent and Trademark Office

